UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
MANSOUR FADAIE, *et al.*,          )   No. C03-2421L
                                   )
                   Plaintiffs,     )
         v.                        )
                                   )   ORDER
ALASKA AIRLINES, INC., *et al.*,   )
                                   )
                   Defendants.     )
_____)

The parties to the above-captioned matter shall review the pending motions in limine (Dkt. # 68 - 76 and 79) and confer with each other to determine whether the Court's summary judgment rulings make the resolution of any of these motion unnecessary. If the parties agree that a pending motion in limine is now moot, the moving party shall, within ten days of the date of this Order, file a notice of withdrawal specifically identifying the title and docket number of the withdrawn motion(s).

DATED this 2nd day of September, 2005.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER